1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LALEZARY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 to 25, inclusive,<br><br>Defendants. | **CASE NO.  2:23-cv-03633-SVW-AGR**<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>Judge:   Hon. Stephen V. Wilson<br>Dept.:    10A<br><br>S. Ct. Complaint Filed:   April 3, 2023<br>Trial Date:       October 31, 2023 |

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED THAT THE STIPULATION IS APPROVED. Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with prejudice, of the any and all claims against Defendant MERCEDES-BENZ USA, LLC. Each party will bear their own attorneys' fees and costs incurred in this action. ~~The Court hereby retains jurisdiction to enforce the terms of the Confidential Settlement Agreement and Release entered into by and between Plaintiff SHAWN LALEZARY and Defendant MERCEDES-BENZ USA, LLC.~~

Dated: August 18, 2023

/s/ Stephen V. Wilson
Hon. Stephen V. Wilson
United States District Judge